THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00927-RPM

SANTA FE & 4TH, LLC,

     Plaintiff,

v.

SENTINEL INSURANCE COMPANY, LTD,

     Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to Procedural Order Number One entered by this Court on March 16, 2016, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

     ORDERED that a scheduling conference will be held on **May 9, 2016, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 2, 2016.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated:   April 14, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge